

| | THE CITY OF NEW YORK | |
|---|---|---|
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>ROOM 6-195<br>NEW YORK, NY 10007 | **MORDECAI NEWMAN**<br>(212) 788-1025<br>e-mail: mnewman@law.nyc.gov |

April 15, 2013

United States Court of Appeals
　for the Second Circuit
40 Foley Square
New York, New York 10007

ATTN:　Hon. Catherine O'Hagan Wolfe
　　　　Clerk of the Court

　　　　　　　Re:　Central Rabbinical Counsel v. New York City Dept. of Health & Mental
　　　　　　　　　　Hygiene
　　　　　　　　　　Docket No. 13-107

Dear Ms. O'Hagan Wolfe:

　　　　　I am the Assistant Corporation Counsel assigned to handle the appeal referenced above, in which this office represents defendant-appellee New York City Department of Health and Mental Hygiene.

　　　　　In accordance with this Court's Local Rule 31.2(a)(1)(B), please accept this letter as the City's request that its brief be due on July 8, 2013, which is 91 days from April 8, 2013, the date on which appellant Central Rabbinical Counsel filed its brief.

　　　　　Thank you for your attention to this matter.

　　　　　　　　　　　　　　　　　　Respectfully yours,

　　　　　　　　　　　　　　　　　　/s/

　　　　　　　　　　　　　　　　　　Mordecai Newman
　　　　　　　　　　　　　　　　　　Asst. Corp. Counsel